**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                              **Criminal No. 09-20016-001**

**BOBBY DALE WALKER**                                                     **DEFENDANT**

## ORDER

Before the Court are Defendant's Motion to Dismiss Indictment (Doc. 16), and the United States' Response to Defendant's Motion to Dismiss Indictment (Doc. 19).

Defendant was charged in the indictment with failure to register and/or update his registration pursuant to 18 U.S.C. § 2250, the Adam Walsh Child Protection and Safety Act of 2006, 42 U.S.C. § 16901 et seq. ("Adam Walsh Act"). This act concerns a defendant who "knowingly fails to register or update a registration as required by the Sex Offender Registration and Notification Act ("SORNA"). Defendant contends the indictment is defective as 18 U.S.C. § 2250 and 42 U.S.C. § 16973 violate the Commerce Clause due to an insufficient nexus between the activities to be controlled and interstate commerce.

Since its enactment in 2006, 18 U.S.C. § 2250 and 42 U.S.C. § 16973 have been challenged across the country. As noted by Defendant, the Eighth Circuit Court of Appeals has held both statutes to be constitutional under the Commerce Clause. *See U.S. v. Howell*, 552 F.3d 709, 713-15 (8th Cir. 2009). *See also,*

*U.S. v. May*, 535 F.3d 912, 921 (8th Cir. 2008). Defendant states he files this motion to preserve the issue for appeal as district courts in other circuits have ruled to the contrary. The Court declines to abandon Eighth Circuit precedent based upon district court opinions from other circuits. Accordingly, Defendant's Motion to Dismiss Indictment (Doc. 16) is **DENIED** and this matter remains set for a jury trial on Thursday, April 23, 2009.

    IT IS SO ORDERED this 7th day of April, 2009.

                                               /s/ Robert T. Dawson  
                                               Honorable Robert T. Dawson  
                                               United States District Judge